JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ANTONIO VENTURA, | Case No. CV 17-1822-CJC (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| WARREN L. MONTGOMERY, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 4, 2018

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE